JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSAY ROGERS, an individual;<br><br>    Plaintiff,<br><br>    v.<br><br>WESTERN UNIVERSITY OF HEALTH SCIENCES,<br><br>    Defendant. | Case No.:  2:16-cv-07681-MWF (AGRx)<br><br>**ORDER DIRECTING ENTRY OF JUDGMENT PURSUANT TO FRCP 68** |

## ENTRY OF JUDGMENT

Pursuant to Federal Rule of Civil Procedure 68(a), the Court hereby directs the entry of judgment in favor of Plaintiff Lindsay Rogers ("Plaintiff") and against Western University of Health Sciences ("Defendant") as follows:

1. Judgment in favor of Plaintiff Lindsay Rogers ("Plaintiff"), against Defendant in the sum of $400,000.00 (Four Hundred Thousand Dollars), inclusive of all attorneys' fees and costs incurred in this action and the Ninth Circuit appeal related to this action; and

///

///

      a. Parties otherwise are to bear their own costs and attorneys' fees as to this action and the Ninth Circuit appeal related to this action.

Accordingly, the Court vacates all pending dates and removes this matter from the Court's active calendar list.

IT IS SO ORDERED.

Dated: May 17, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge